Makenna Miller (SBN 329244)
mmiller@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

*Attorneys for Non-Party Nicholas Ahn*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In Re Subpoena of<br><br>NICHOLAS AHN | Case No. 2:23-mc-00011 |
| Underlying Matter<br><br>STATON TECHIYA, LLC AND SYNERGY IP CORPORATION,<br><br><div align="center">Plaintiffs,</div><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.<br><br><div align="center">Defendants.</div> | [Underlying Case: USDC Case No. 2:21-cv-00413-JRG-RSP (E.D. Tex. 2021) (lead)]<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NICHOLAS AHN'S MOTION TO QUASH DEFENDANTS' SUBPOENAS TO TESTIFY AT A DEPOSITION AND TO PRODUCE DOCUMENTS**<br><br>Date: To Be Assigned<br>Time: To Be Assigned<br>Courtroom: To Be Assigned<br>Judge: To Be Assigned |

Before the Court is Non-Party Nicholas Ahn's Motion To Quash Defendants' Subpoena To Testify in a Civil Deposition and the Subpoena to Produce Documents, Information, or Objects ("Motion") issued to him by Defendants, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Samsung") in the matters of *Staton Techiya, LLC and Synergy IP Corporation v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc*., Case Nos. 2:21-cv-00413-JRG-RSP (lead); 2:22-cv-00053-JRG-RSP(member), which are pending in the United States District Court for the Eastern District of Texas.

The Court having read and considered the Motion and any papers submitted in support of the motion, hereby GRANTS the Motion.

IT IS SO ORDERED.

DATED: _____, 2023

_____
To Be Assigned
United States District Judge