UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-mc-0011 MCS (PVCx)                                  Date:  January 31, 2023

Title   In re Subpoena of Nicholas Ahn

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:   [IN CHAMBERS]  ORDER  STRIKING NON-PARTY NICHOLAS AHN'S MOTION TO QUASH SUBPOENAS, WITHOUT PREJUDICE TO RESUBMITTING THE MOTION AS A JOINT STIPULATION IN COMPLIANCE WITH LOCAL RULES 37 AND 45  (Dkt. No. 1)**

On January 26, 2023, non-party Nicholas Ahn filed a Motion to Quash Defendants' Subpoenas to Testify at a Deposition and to Produce Documents.  ("MTQ," Dkt. No. 1).  The Motion relates to a patent infringement dispute currently pending in the Eastern District of Texas, captioned *Staton Techiya, LLC and Synergy IP Corporation v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*, E.D. Tex. Case Nos. 2:21-cv-00413-JRG-RSP (lead) and 2:22-cv-00053-JRG-RSP (member).  (*See* MTQ, Exhs. A & B, Dkt. Nos. 1-1 and 1-2, at 1).  Ahn contends that the subpoenas should be quashed because they (1) failed to allow a reasonable time for compliance, (2) seek information protected from disclosure by the attorney-client privilege, and (3) create an undue burden on a non-party by seeking production of information available from parties to the underlying actions.  (*Id*. at 2-5).

The Motion as submitted does not conform to the requirements of Local Rules 37 and 45.  Local Rule 37-2 requires the submission of discovery disputes to the Court in the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-mc-0011 MCS (PVCx)                                    Date:  January 31, 2023

Title   In re Subpoena of Nicholas Ahn

form of a joint stipulation, unless counsel for the moving party affirms under oath that opposing counsel failed or refused to cooperate in the drafting of a joint stipulation.  *See generally* C.D. Cal. L.R. 37.  Local Rule 45-1 provides that with an exception that does not apply here, "all motions relating to discovery subpoenas served on (a) parties and (b) non-parties represented by counsel" must conform to Local Rule 37.  C.D. Cal. L.R. 45-1.

Furthermore, the Court notes that the MTQ does not attach a proof of service.  As such, not only does the MTQ fail to expressly identify counsel for Defendants, it is also unclear whether counsel for Defendants has even been served with the MTQ.

Accordingly, the Motion to Quash at Dkt. No. 1 is STRICKEN, without prejudice to resubmitting the MTQ in compliance with Local Rules 37 and 45.  The parties are advised that pursuant to Judge Castillo's procedures, set forth on the Court's website under the "Judges' Requirements" tab, discovery disputes will be heard only after an informal telephonic discovery conference.  *See* http://www.cacd.uscourts.gov/judges-schedules-procedures.  Defendants are advised that if they wish to pursue these subpoenas, they should be prepared to address this Court's authority to order discovery after the January 30, 2023 discovery cut-off, in addition to the grounds for quashing the subpoenas raised by Ahn in the original MTQ. (*See* MTQ at 1).

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |