JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:23-mc-0011 MCS (PVCx) | Date:  March 3, 2023 |
| Title   In re Subpoena of Nicholas Ahn | |

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:  [IN CHAMBERS]  ORDER  DIRECTING COURT CLERK TO ADMINISTRATIVELY CLOSE CASE**

On January 26, 2023, non-party Nicholas Ahn filed a Motion to Quash Defendants' Subpoenas in connection with a patent infringement case in the Eastern District of Texas.  (Dkt. No. 1).  On January 31, 2023, the Court struck the Motion without prejudice to re-submitting it in the form of a Joint Stipulation in compliance with Local Rules 37 and 45.  (Dkt. No. 3).

More than thirty days have passed since the Court's Order issued, and no follow-up motion to quash has been filed.  Accordingly, the Court Clerk is DIRECTED to administratively close this action.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| Initials of Preparer | mr |